George F. Ogilvie III, Esq. (NSBN 3552)
John A. Fortin, Esq. (NSBN 15221)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
T: (702) 873-4100
F: (702) 873-9966
gogilvie@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Keller Williams Realty, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIK MENDOZA and JACK LeVINE; individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC.; a Texas Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>Defendants. | Case No.: 2:24-cv-00692-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KELLER WILLIAMS REALTY, INC., TO FILE A RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Plaintiffs Eric Mendoza and Jack LeVine ("Plaintiffs") and Defendant Keller Williams Realty, Inc. ("Defendant") jointly stipulate and make this second request for an extension of the deadline for Defendant to file a responsive pleading to Plaintiffs' Class Action Complaint ("Complaint") in the above-captioned lawsuit. The current deadline for Defendant to file a responsive pleading is July 10, 2024, and the requested extension is for thirty-four (34) days until August 14, 2024. The parties make this request so they may continue their productive settlement discussions that may resolve this case in its entirety without initiating motion practice that may prove unnecessary.

After this lawsuit was filed, on May 16, 2024, the Keller Williams International Associate Leadership Council ("IALC") voted to rescind the portion of the August 2023 amendment that spurred Plaintiffs' claims. Since then, the parties have been engaged in productive settlement

discussions regarding the potential terms of a resolution of this matter.  This Court has already granted one extension of time for Defendant to answer or otherwise respond to the Complaint in this case.  Good cause exists for this additional extension due to the continued productive negotiations between the parties regarding resolution.

Accordingly, in order to preserve judicial resources of this Court, and the resources of the parties, the parties respectfully request that the Court grant an extension of Defendant's deadline to answer or otherwise respond to the Complaint until August 14, 2024.

DATED this 3rd day of July, 2024.

| | |
|---|---|
| MUSHKIN & COPPEDGE | McDONALD CARANO LLP |
| By: */s/ Michael R. Mushkin* <br>     Michael R. Mushkin (NSBN 2421) <br>     L. Joe Coppedge (NSBN 4954) <br>     6070 S. Eastern Avenue \| Suite 270 <br>     Las Vegas, Nevada 89119 <br><br> *Attorneys for Plaintiff* | By: */s/ George F. Ogilvie III* <br>     George F. Ogilvie III, (NSBN 3552) <br>     John A. Fortin (NSBN 15221) <br>     2300 West Sahara Avenue, Suite 1200 <br>     Las Vegas, Nevada 89102 <br><br> *Attorneys for Keller Williams Realty, Inc.* |

HUMPHREY, FARRINGTON & MCCLAIN

By: */s/ Kevin D. Stanley*
    Kenneth McClain *admitted pro hac vice*
    Jonathan Soper *admitted pro hac vice*
    Kevin D. Stanley *admitted pro hac vice*
    221 West Lexington Ave | Suite 400
    Independence Missouri 64051

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated    July 4, 2024