Michael R. Mushkin
Nevada State Bar No. 2421
L. Joe Coppedge
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

Kenneth B. McClain   (*pro hac vice*)
Jonathan M. Soper    (*pro hac vice*)
Kevin D. Stanley     (*pro hac vice*)
**HUMPHREY, FARRINGTON & MCCLAIN, P.C.**
221 West Lexington Ave., Ste. 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC MENDOZA and JACK LeVINE individually and on behalf of all others similarly situated;<br><br>        Plaintiffs,<br><br>vs.<br><br>KELLER WILLIAMS REALTY, INC., a Texas Corporation; DOE DEFENDANTS 1 through 10; and ROE DOE DEFENDANTS 1 through 10;<br><br>        Defendants. | Case No.: 2:24-cv-00692-RFB-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Eric Mendoza and Jack LeVine, by and through their attorneys, hereby stipulate to dismissal of the above-captioned case with prejudice as to Plaintiff and without prejudice as to any putative class member, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

Eric Mendoza and Jack LeVine

By their attorneys,

*/s/ Kevin D. Stanley*_____
Kevin D. Stanley
Humphrey, Farrington & McClain, P.C.
221 W. Lexington, Suite 400
Independence, Missouri 64050
(T) 816.836.5050
(F) 816.836.8966
kds@hfmlegal.com

and

Michael R. Mushkin
Nevada State Bar No. 2421
L. Joe Coppedge
Nevada State Bar No. 4954
**MUSHKIN & COPPEDGE**
6070 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89119
Telephone: 702-386-3999
Facsimile: 702-454-3333
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

KELLER WILLIAMS REALTY, INC.

By its attorneys,

/s/ *M. Scott Barnard*
M. Scott Barnard
Brennan H. Meier
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 North Field Street
Suite 1800
Dallas, Texas 75201
Phone: (214) 969-2800
Fax: (214) 969-4343
Email: sbarnard@akingump.com;
bhmeier@akingump.com

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:      November, 19 2024

CERTIFICATE OF SERVICE

On November 7, 2024, the above document was filed with the Clerk of the Court using the CM/ECF System which provides electronic service to all counsel of record.

/s/ *Kevin D. Stanley*
Attorney for Plaintiff